# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TERESA HUSTON

vs.                                          NO.  4:04CV00935 SWW

JAMES POTTER, ET AL

### ORDER OF DISMISSAL

Pursuant to plaintiff's motion for dismissal filed in this action stating that the parties have agreed to settle this matter,

IT IS THEREFORE ORDERED that the motion is granted, and all claims in the above cause of action are hereby dismissed with prejudice.

DATED this 15th day of August, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE